IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEITH BEAUCHAMP,

    Plaintiff,     JUDGMENT IN A CIVIL CASE

v.     11-cv-347-wmc

PAUL SUMNICHT, BELINDA SCHRUBBE and KENNETH ADLER,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motion for summary judgment and dismissing this case.

| /s/ | 8/20/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |