IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KEITH BEAUCHAMP,

        Plaintiff,                      ORDER

                                               11-cv-347-wmc

PAUL SUMNICHT, *et al.*,

        Defendants.

---

Judgment was entered in this case on August 20, 2013, granting defendants' motion for summary judgment and dismissing this case. Plaintiff Keith Beauchamp has now filed a notice of appeal. To date, however, Beauchamp has neither paid the appellate docketing fee ($455) nor requested leave to proceed *in forma pauperis*. For his appeal to proceed, Beauchamp must pay the docketing fee or submit a properly supported motion for leave to proceed *in forma pauperis*, together with a certified copy of his inmate trust fund account statement, no later than November 8, 2013.

ORDER

IT IS ORDERED that, no later than November 8, 2013, plaintiff Keith Beauchamp must pay the appellate docketing fee ($455) or submit a motion for leave to proceed *in forma pauperis* on appeal together with a certified copy of his inmate trust fund account statement.

Entered this 18th day of October, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge